UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
    JOHANNES GONZALEZ,

            PETITIONER,          DECLARATION

       -against-              08-CiV-00403(CLB)

ROBERT ERCOLE, Supt.
Green Haven Correctional Fac.

          Respondent,
----------------------------------X

**MEMO ENDORSED:** *Petitioner's time to file his reply is extended thru May 23, 2008. So Ordered April 8, 2008* /s/ Charles L. Brieant, USDJ

NEW YORK STATE  )
DUTCHESS COUNTY )ss.:

    I, **JOHANNES GONZALEZ**, declare under penalty of perjury, pursuant to 28 U.S.C.§ 1746, as follow:

    I am the petitioner in the above captioned case, and I make this declaration in support of my request for an extension of time to file a reply in response to the District Attorney's opposition to Petitioner's Writ of Habeas Corpus.

    Today, I am in receipt of the District Attorney's opposition to my Writ of Habeas Corpus, dated March 17, 2008, and received by petitioner on March 26, 2008. Due to the extensive memorandum of law submitted in the Opposition, the limited access I have to the prison law library, and my dependency on a law library clerk to help me perfecting my legal argument, I humbly and respectfully request this Honorable Court to grant me an extension of 90 days in order to file a logical and cogent response to the District Attorney's Opposition.

    I also ask that the Court decide this request swiftly, and

if the Court cannot decide this request that quickly, I ask that it give me a reasonable additional time to file my reply.

I declare under penalty of perjury that the forgoing is true and correct.

DATED:   March 27, 2008

        Stormvlle, New York

Respectfully submitted,

_____
Johannes Gonzalez
Petitioner, Pro-Se

Sworn to before me this

28 day of March, 2008

_____
NOTARY PUBLIC

RICHARD RYAN
Notary Public State of New York
ID # 01RY6050106
Qualified in Dutchess County
Commission Expires 10/30/10

cc.: Hon. Janet DiFiore, D.A.
     District Attorney's Office
     Westchester County